**CAUSE NO. DC-21-12258**

| | | |
|---|---|---|
| **NAOMI WISENER** | § | **IN THE DISTRICT COURT** |
| | § | |
|     Plaintiff, | § | |
| | § | |
| **vs.** | § | **14TH JUDICIAL DISTRICT** |
| | § | |
| **AMWAY CORP.; ET AL.** | § | |
| | § | |
|     Defendants. | § | **DALLAS COUNTY, TEXAS** |

# EXHIBIT A
# INDEX OF DOCUMENTS

## Documents

CIVIL CASE COVER SHEET

PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND

REQUEST LETTER

ISSUE CITATION-AMWAY CORP

ISSUE CITATION- ARKEMA INC.

ISSUE CITATION-AVON PRODUCTS INC.

ISSUE CITATION-BARRETTS MINERALS INC.

ISSUE CITATION-BAYER HEALTHCARE LLC

ISSUE CITATION-BLOCK DRUG COMPANY INC.

ISSUE CITATION-BRENNTAG SPECIALTIES LLC

ISSUE CITATION-BROOKSHIRE GROCERY COMPANY

ISSUE CITATION-CHATTEM INC.

ISSUE CITATION-COLGATE-PALMOLIVE COMPANY

ISSUE CITATION-CONOPCO INC.

ISSUE CITATION-ELIZABETH ARDEN, INC.

ISSUE CITATION-GLAXOSMITHKLINE LLC

ISSUE CITATION-H-E-B., LP

ISSUE CITATION-MERCK & CO., INC.

ISSUE CITATION-PFIZER INC,

ISSUE CITATION-SANOFI-AVENTIS U.S., LLC

ISSUE CITATION-SPECIALITY MINERALS INC.

PAYMENT OF ADDITIONAL FEES

ISSUE CITATION COMM OF INS OR SOS-BAYER CONSUMER CARE HOLDINGS LLC

ISSUE CITATION COMM OF INS OR SOS-GSK CONSUMER HEALTH, INC.

ISSUE CITATION COMM OF INS OR SOS- HIMMEL MANAGEMENT CO LLC

ISSUE CITATION COMM OF INS OR SOS- L'OREAL USA, INC.

ISSUE CITATION COMM OF INS OR SOS- MAYBELLINE LLC

ISSUE CITATION COMM OF INS OR SOS-BLOCK DRUG CORPORATION

ISSUE CITATION COMM OF INS OR SOS-BRENNTAG NORTH AMERICA, INC.

ISSUE CITATION COMM OF INS OR SOS-CHARLES B. CHRYSTAL COMPANY, INC.

ISSUE CITATION COMM OF INS OR SOS-COSMETICS SPECIALTIES, INC.

ISSUE CITATION COMM OF INS OR SOS-COTY, INC.

ISSUE CITATION COMM OF INS OR SOS-CROWN LABORATORIES, INC.

ISSUE CITATION COMM OF INS OR SOS-DR. SCHOLL'S LLC

ISSUE CITATION COMM OF INS OR SOS-FISONS CORPORATION

ISSUE CITATION COMM OF INS OR SOS-NINA RICCI USA, INC.

ISSUE CITATION COMM OF INS OR SOS-NOVARTIS CORPORATION

ISSUE CITATION COMM OF INS OR SOS-NOXELL CORPORATION

ISSUE CITATION COMM OF INS OR SOS-THE PROCTER & GAMBLE COMPANY

ISSUE CITATION COMM OF INS OR SOS-PTI UNION , LLC

ISSUE CITATION COMM OF INS OR SOS-PUIG USA INC.

ISSUE CITATION COMM OF INS OR SOS-REVLON CONSUMER PRODUCTS CORPORATION

ISSUE CITATION COMM OF INS OR SOS-SANOFI US SERVICES,INC.

ISSUE CITATION COMM OF INS OR SOS-SCHOLL'S WELLNESS COMPANY LLC

ISSUE CITATION COMM OF INS OR SOS-UNILEVER UNITED STATES,INC.

ISSUE CITATION COMM OF INS OR SOS-WHITTAKER CLARK & DANIELS, INC.

REQUEST FOR SERVICE

CITATION EXCUTED HIMMEL MANAGEMENT CO LLC

EXCUTED CITATION L'OREAL USA INC

EXCUTED CITATION MAYBELLINE LLC

EXCUTED CITATION MERCK & CO INC

EXCUTED CITATION NINA RICCI USA INC

EXCUTED CITATION NOVARTIS CORPORATION

EXCUTED CITATION NOXELL CORPORATION

EXCUTED CITATION PIFIZER INC

EXCUTED CITATION THE PROCTER & GAMBLE COMPANY

EXCUTED CITATION PTI UNION LLC

EXCUTED CITATION PUIG USA INC

EXCUTED CITATION REVLON CONSUMER PRODUCTS CORPORATION

EXCUTED CITATION SANOFI- AVENTIS US LLC

EXCUTED CITATION SANOFI US SERVICES INC

Affidavit of Service-Scholls Wellness Company LLC-5164.pdf

Affidavit of Service-Specialty Minerals Inc-5165.pdf

EXCUTED CITATION UNILEVER UNITED STATES INC

EXCUTED CITATION WHITTAKER CLARK & DANIELS INC

EXECUTED CITATION - BROOKSHIRE GROCERY COMPANY

EXECUTED CITATION - H-E-B, LP

EXECUTED CITATION - AMWAY CORP

EXECUTED CITATION - ARKEMA INC

EXECUTED SOS CITATION - AVENTIS INC

EXECUTED CITATION - AVON PRODUCTS INC

EXECUTED CITATION - BARRETTS MINERALS INC

EXECUTED SOS CITATION - BAYER CONSUMER CARE HOLDINGS LLC

EXECUTED CITATION - BAYER HEALTHCARE LLC

EXECUTED CITATION - BLOCK DRUG COMPANY INC

EXECUTED SOS CITATION - BLOCK DRUG CORPORATION

EXECUTED SOS CITATION - BRENNTAG NORTH AMERICA INC

EXECUTED CITATION - BRENNTAG SPECIALTIES LLC

EXECUTED SOS CITATION - CHARLES B CHRYSTAL COMPANY INC

EXECUTED CITATION - CHATTEM INC

EXECUTED CITATION - COLGATE-PALMOLIVE COMPANY

EXECUTED CITATION - CONOPCO INC

EXECUTED SOS CITATION - COSMETIC SPECIALTIES INC

EXECUTED SOS CITATION - COTY INC

EXECUTED SOS CITATION - CROWN LABORATORIES INC

EXECUTED SOS CITATION - DR SCHOLLS LLC

EXECUTED CITATION - ELIZABETH ARDEN INC

EXECUTED SOS CITATION - FISONS CORPORATION

EXECUTED CITATION - GLAXOSMITHKLINE LLC

EXECUTED SOS CITATION - GSK CONSUMER HEALTH INC

NOTICE OF DISMISSAL FOR WANT OF PROSECUTION

ORIGINAL ANSWER/MOTION TO TRANSFER/DISMISS/SPECIAL EXCEPTIONS

MOTION TO TRANSFER VENUE

ORIGINAL ANSWER

NOTICE OF CHANGE OF ATTORNEY OF RECORD

PROPOSED ORDER SUBSTITUTE COUNSEL

AND MOTION TRANSFER VENUE

SPECIALTY MINERALS INCL

BARRETT'S MINERALS INC.

ORIGINAL ANSWER - CHARLES B CHRYSAL COMPANY INC.

COLGATE'S ORIGINAL ANSWER AND OTHERS

ORIGINAL ANSWER - ARKEMA INC.

ORIGINAL ANSWER AND ANSWER TO ALL CROSS CLAIMS

ORIGINAL ANSWER

ORIGINAL ANSWER - FISONS

ORIGINAL ANSWER

ORIGINAL ANSWER/ MOTION TO TRANSFER VENUE/DISMISS

ORIGINAL ANSWER

ORIGINAL ANSWER - CHATTEM, INC.

ORDER - SUBSTITUTION OF COUNSEL

ORIGINAL ANSWER - MERCK AND CO., INC.